JUNE 30, 1993

No. 93–5037 (A–9). HARRIS *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JULY 12, 1993

No. 92–2011. DUNCAN *v.* GEORGIA. Ct. App. Ga. Certiorari dismissed under this Court's Rule 46.